### 16739. STRICKLAND *v.* THE STATE.

BLOODWORTH, J.  1. The court did not err in overruling the demurrer to
the indictment.
2. The verdict is without evidence to support it, and the court erred in
refusing to grant a new trial.

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 11, 1925.

Indictment for larceny; from city court of Hinesville—Judge
W. C. Hodges.  June 20, 1925.

The indictment charged the larceny of "three black turkey hens
and one black turkey gobbler and one brown turkey gobbler."
The defendant demurred on the grounds that the description of
the turkeys was insufficient, that their sizes, weight, or ages were
not given, and that it was not alleged whether they were wild or
tame, "said species being respectively different in form and having
distinct natural colors and marks, either specie being the subject
of simple larceny."

Mrs. DeLoach, from whom the turkeys were alleged to have
been stolen, testified: that in December, 1924, she lost turkeys
from her yard; "there were three black turkey hens with white
tips on their feathers; two of the gobblers were young, one black
and one brown," and she never saw them afterwards; Strickland,
the defendant, lived about half a mile from there and owned
turkeys which ranged towards her turkeys.  Mary Futch testified:
that she lived about half a mile from Strickland, and he owned
fifty-one head of turkeys, and her turkeys got together with them
and she went to his place and saw in his pen four turkeys—three
hens and a gobbler; that "part were right brass colored on the
wings;" that she had seen Mrs. DeLoach's turkeys about a week
before, when at Mrs. DeLoach's house, and these looked like Mrs.
DeLoach's turkeys; that Mrs. Strickland asked her to help find
an owner for them, and she told Mrs. Strickland that it looked to
her mind that they were Mrs. DeLoach's turkeys; she told Mrs.

Strickland that "they were her turkeys;" she would not swear that they were Mrs. DeLoach's turkeys. In another part of her testimony the witness stated that after she had seen these turkeys at the defendant's house she saw him at her own house, and he asked her if she knew whose turkeys were shut up at his house, and said that they were strange turkeys, but she did not know. Others testified that the defendant had turkeys in his yard that he said did not belong there, and that he said he did not know whose they were. A witness testified that a short time before Christmas the defendant called him to look at four turkeys in coops at the defendant's place, asked if he had seen anybody looking for any, and said he did not want strange ones; the witness did not find the owner. It was testified that on Tuesday before Christmas the defendant carried to Savannah and sold forty-seven turkeys which he got from a pen; that they were cooped in his stable. The defendant, in his statement at the trial, denied that he stole the turkeys.

*M. Price,* for plaintiff in error.